IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:58 pm, Mar 15, 2024*
**JEFFREY P. COLWELL, CLERK**

Civil Action No. _____

(To be supplied by the court)

Cory Jara

_____, Plaintiff

v.

**Advantage Stone Fabricaiton**

_____,

_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
**(please check one)**
**__Yes_x_ No**

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

**Cory Jara PO Box 2792 Loveland, CO 80539**

(Name and complete mailing address)

970-342-3282 Granite1679@yahoo.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Advantage Stone Fabrication 4341 Mulligan St. Longmont, CO 80504
(Name and complete mailing address)

303-678-8324   info@advantagestone.com
(Telephone number and e-mail address if known)

Defendant 2: 
(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

_____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

_____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__x__    Other: (*please specify*) Retaliation, sex discrimination/sexual, hostile work environment

2

and wrongful termination

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote              ____ failure to accommodate disability

  x   termination of employment      x   retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          ____ religion          ____ national origin          ____ age

____ color         ____ sex               ____ disability

Supporting facts:

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    __x__ Yes  (***You must attach a copy of the administrative charge to this complaint***)

    ____ No

Have you received a notice of right to sue? (*check one*)

    __x__ Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

    ____ No

## F.    REQUEST FOR RELIEF

*$187,000 is what I am requesting. I had to deal with being bullied and verbally abused day after day. Steve and Jennifer were very aware of this issue and did nothing about it. I am also asking to be compensated for lost wages. I was fired on a Sunday evening with no reason as to who I was being terminated. I had never been given a warning or received a write up during the time I was employed.*

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    Cory Jara
  (Plaintiff's signature)

    03.15.24
  (Date)

(Revised February 2022)